In the Matter of BERNARD K. MARCUS et al., Appellants.

THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.

(Argued February 11, 1931; decided February 13, 1931.)

*John J. Bennett, Jr., Attorney-General* (*Max D. Steuer*
and *Paul J. McCauley* of counsel), for motion.
*Charles H. Tuttle* and *Emory R. Buchner* opposed.

Motion granted and appeal dismissed.